IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROBERT BENYAMINI,

        Plaintiff,                    No. CIV S-11-0659 WBS KJN (TEMP) P

    vs.

J. MAYFIELD, et al.,

        Defendants.              FINDINGS AND RECOMMENDATIONS

        By an order filed March 22, 2011, plaintiff was ordered to file a completed application to proceed in forma pauperis ("IFP") or pay the filing fee within thirty days and was cautioned that failure to do so would result in a recommendation that this action be dismissed. Plaintiff was later given an extension of time to comply with the March 22, 2011 order. Plaintiff has not complied with the terms of the March 22, 2011 order, and the time for compliance has expired. Accordingly, IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice.

        These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within fourteen days after being served with these findings and recommendations, plaintiff may file written objections. Such a document should be captioned "Objections to Magistrate Judge's Findings

1

1  and Recommendations." Plaintiff is advised that failure to file objections within the specified
2  time may waive the right to appeal the District Court's order. <u>Martinez v. Ylst</u>, 951 F.2d 1153
3  (9th Cir. 1991).
4  DATED: June 7, 2011

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

beny0659.fifp